**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 99.23.199.82**

**ISP:** AT&T U-verse
**Physical Location:** Pflugerville, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/14/2019 07:57:34 | E52A7A22DE27586A9D8447DE16DF1D0DA9B7B4E0 | One Romantic Evening of Hot Sex |
| 01/05/2019 14:29:27 | 2A3640EDC219B2A6B0EDCAAEBDF511B050423CB5 | Three is NOT a Crowd |
| 10/29/2018 04:46:42 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 10/29/2018 04:25:23 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 10/20/2018 15:39:31 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 10/12/2018 21:50:01 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 09/29/2018 05:33:16 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 08/30/2018 12:45:13 | 3F17A17561D24462CA9C0E32616F0D825CB74139 | A Long Time Cumming |
| 08/30/2018 07:01:25 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 08/30/2018 06:09:49 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 08/18/2018 13:09:01 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 08/15/2018 06:17:19 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 08/15/2018 05:57:04 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 08/06/2018 13:01:48 | 8D4D8B538624452CE7DFBDBE7056EDCAEBD121B1 | Threesome With a View |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

WTX16